FILED
JUN 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | |
| v. | ORDER  '08 MJ 8498 |
| CARLOS RAMOS-GALDAMEZ | |
| Defendant. | |

Upon application of the UNITED STATES, and good cause appearing,

IT IS ORDERED that the Government's Complaint and Affidavit and this order be sealed until further order of the court.

IT IS SO ORDERED.

DATED: 6-3-08

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE