```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | A. DALE BLANKENSHIP
   | Assistant U. S. Attorney
 3 | California State Bar No. 23590
   | 880 Front Street, Room
 4 | San Diego, CA  92101
   | Telephone: (619) 557-6199
 5 |
   | Attorneys for the
 6 | United States of America
```

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.: 08MJ8498 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION AND ORDER UNSEALING COMPLAINT AND ATTACHED WARRANT |
| CARLOS RAMOS-GALDAMEZ, | ) | |
| Defendant. | ) | |

Upon application of the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. Dale Blankenship, Assistant U. S. Attorney, hereby files its motion for an order unsealing the attached Complaint and Warrant.

DATED: June 5, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

A. DALE BLANKENSHIP
Assistant U.S. Attorney



6