```
FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.: 08MJ8498 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | UNSEALING COMPLAINT |
| CARLOS RAMOS-GALDAMEZ, | ) | AND ATTACHED WARRANT |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the attached Complaint and Warrant in the above-referenced case be unsealed.

IT IS SO ORDERED.

DATED:  June 5, 2008 .

_____
HONORABLE PETER C. LEWIS
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AUSA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> **CARLOS RAMOS-GALDAMEZ** | |
| WARRANT ISSUED ON THE BASIS OF: <br><br> ☐ Failure to Appear  ☐ Order of Court <br> ☐ Indictment            ☐ Information <br> X Complaint | Magistrate Case No. <br><br> **WARRANT FOR ARREST**  '08 MJ 8498 |
| TO: <br><br> Any U.S. Marshal or other authorized officer | NAME AND ADDRESS OF PERSON TO BE ARRESTED: <br><br> **CARLOS RAMOS-GALDAMEZ** |
| DISTRICT OF ARREST: <br> SOUTHERN DISTRICT | CITY OF ARREST: |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

---

DESCRIPTION OF CHARGES

False Representation of a Social Security Number

---

| | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| IN VIOLATION OF: | 42 | 408(a)(7)(B) |

| BAIL | OTHER CONDITIONS OF RELEASE |
|---|---|
| No Bail | |

| ORDERED BY <br><br> PETER C. LEWIS <br> U.S. MAGISTRATE JUDGE | 6-3-08 <br> DATE ORDERED <br><br> BY                      DATE ISSUED |

---

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED <br> 6/4/08 | ARTHUR CACOCA, SA | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.