1  KAREN P. HEWITT
   United States Attorney
2  A. DALE BLANKENSHIP
   Assistant U. S. Attorney
3  California State Bar No. 23590
   880 Front Street, Room
4  San Diego, CA  92101
   Telephone: (619) 557-6199
5
   Attorneys for the
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          ) Magistrate Case No.:  **08MJ8498**
                                     )
12                       Plaintiff,  ) Statement of Related Case
                                     )
         v.                          )
13                                   )
   Carlos RAMOS-Galdamez,            )
14                                   )
                     Defendant.      )
15 ——————————————————————————————————)

16        The government avers that the above captioned case is related to United States v. Jouanni

17 Francisco PEREZ-Tinoco, Magistrate Number 08MJ8499 and United States v. Francisco ZAPOT-

18 Palacios, Criminal Case Number 08CR1696-H.

19
          Dated:  June 5, 2008.
20

21                                        KAREN P. HEWITT
                                          United States Attorney
22

23

24                                        A. DALE BLANKENSHIP
                                          Assistant U. S. Attorney
25

26

27

28

FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY